IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE:<br><br>**TORRES FERRER, FERNANDO**<br>**VALENTIN ACEVEDO, DOMINGA**<br>DEBTOR(S) | CASE NUMBER: **10-02008-BKT**<br><br>(Chapter 7)<br>NO ASSET CASE |
|---|---|

## NOTICE OF ABANDONMENT OF PROPERTY
## AND REQUEST FOR CLERK TO NOTICE

TO: THE UNITED STATES TRUSTEE, DEBTOR(s) AND PARTIES IN INTEREST:

Notice pursuant to 11 U.S.C. Section 554(a) was given through the 341 Meeting Notice whereby the Trustee notified his intention to abandon any real property or scheduled property at this Section 341 Meeting.

The property being abandoned is as follows:

| Property | Value | Amt. Secured | Claimed Exemptions | Other Costs | Value to the Estate |
|---|---|---|---|---|---|
| KIA SEDONA 2004 | $4,500.00 | $8,372.00 | $0.00 | $0.00 | $(3,872.00) |
| FORD RANGER SPLASH 1995 | $1,200.00 | $0.00 | $1,200.00 | $0.00 | $0.00 |
| DEBTOR'S INHERITANCE: LAND AND CEMENT HOME LOCATED | $6,250.00 | $0.00 | $6,250.00 | $0.00 | $0.00 |
| WEARING | $200.00 | $0.00 | $200.00 | $0.00 | $0.00 |
| HOUSEHOLD GOODS AND TOOLS | $3,000.00 | $0.00 | $3,000.00 | $0.00 | $0.00 |
| MAUNA COOP ACCOUNT #000099680 | $25.00 | $0.00 | $25.00 | $0.00 | $0.00 |
| BANCO POPULAR | $10.00 | $0.00 | $10.00 | $0.00 | $0.00 |
| CASH | $50.00 | $0.00 | $50.00 | $0.00 | $0.00 |

Documents Included:  Appraisal ( )  Creditors Statement ( )  Proof of Lien ( )

Enter zero (0) if estimated expenses and/or amount secured exceed actual or estimated value.

THIS BEING A NO ASSET CASE, THE TRUSTEE HEREBY REQUESTS THIS HONORABLE COURT TO ORDER THE CLERK'S OFFICE TO GIVE NOTICE OF THIS ABANDONMENT TO ALL CREDITORS AND PARITES IN INTEREST AS PER THE MASTER ADDRESS LIST.

Reasons for abandonment:

1)      Property has no value or is burdensome to the Estate.  No equity for Estate.

Objections to abandonment must be filed in writing with the court and served within fifteen (15) days of the mailing of this notice.

**DATED:**   July 14, 2010                                                          /s/ Wilfredo Segarra-Miranda
                                                                                                    Wilfredo Segarra-Miranda
                                                                                                    PO Box 9023385
                                                                                                    San Juan, PR  00902-3385
                                                                                                    (787) 725-6160